UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>FRANCISCO ZUNIGA-GARCIA,<br><br>　　　　Defendant. | No.　2:07-CR-0065-JLQ-1<br><br>ORDER OF DISMISSAL AND<br>TO QUASH WARRANT |

　　　　Before the Court is the Government's Motion for Leave to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant. (ECF No. 5). Rule 48(a) provides that the Government "may, with leave of court, dismiss an indictment, information, or complaint." The Indictment was returned on April 10, 2007, and the Defendant has not been arraigned. Accordingly,

　　　　**IT IS ORDERED** that

　　　　1.　The Government's Motion for Leave to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant, **ECF No. 5**, is **GRANTED**. The Indictment filed April 10, 2007, **ECF No. 1**, is hereby **DISMISSED**. The Court makes no judgment as to the merit or wisdom of this dismissal.

　　　　2.　The warrant issued on April 12, 2007, **ECF No. 4**, is hereby **QUASHED**.

　　　　The District Court Executive is directed to file this Order and provide copies to counsel and to close this file.

　　　　**DATED** this 7th day of January, 2020.

01-07-20

　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE